1  **McCARTHY & HOLTHUS, LLP**
James M. Hester, Esq. (SBN: 122133)
2  Melissa Robbins Coutts, Esq. (SBN: 246723)
Jessica L. Klickna, Esq. (SBN: 267658)
3  1770 Fourth Avenue
San Diego, CA  92101
4  Telephone:   (619) 685-4800
Facsimile:    (619) 685-4811
5  Email:        JKlickna@McCarthyHolthus.com

6  Attorneys for Defendants,
Bank of America Home Loans; and Recontrust Company, N.A.

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  JERRY I. ANOLIK, | Case No. 2:11-CV-00406-MCE -JFM |
| 11  Plaintiff, | **ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT DEFENDANTS' MOTION TO DISMISS** |
| 12  vs. | |
| 13  BANK OF AMERICA HOME LOANS; RECONTRUST COMPANY, N.A.; | Date:   March 24, 2011 |
| 14  DOES 1 THROUGH 20, INCLUSIVE, | Time:   2:00 p.m. Ctrm:   7 |
| 15  Defendants. | Judge:  Hon. Morrison C. England, Jr. |
| 16 | |

17      The Court having reviewed the Request for Telephonic Appearance at

18  Defendants' Motion to Dismiss and good cause appearing, therefore, hereby orders

19  as follows:

20      IT IS HEREBY ORDERED that Defendants may appear telephonically at the

21  Motion to Dismiss set to be heard on March 24, 2011 at 2:00 p.m. in Courtroom 7,

22  before the Honorable Morrison C. England, Jr., of the above-entitled Court, by and

23  through its counsel, Jessica L. Klickna.

24  DATE:  March 18, 2011

25

26  _____
MORRISON C. ENGLAND, JR.
27  UNITED STATES DISTRICT JUDGE

28

CA11-247

*McCARTHY & HOLTHUS, LLP*
*ATTORNEYS AT LAW*
*1770 FOURTH AVENUE*
*SAN DIEGO, CALIFORNIA  92101*
*TELEPHONE (619) 685-4800  FACSIMILE (619) 685-4811*