**McCARTHY & HOLTHUS, LLP**
James M. Hester, Esq. (SBN: 122133)
Melissa Robbins Coutts, Esq. (SBN: 246723)
Jessica L. Klickna, Esq. (SBN: 267658)
1770 Fourth Avenue
San Diego, CA  92101
Telephone:   (619) 685-4800
Facsimile:   (619) 685-4811
Email:        JKlickna@McCarthyHolthus.com

Attorneys for Defendants,
Bank of America Home Loans; and Recontrust Company, N.A.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY I. ANOLIK,<br><br>               Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS; RECONTRUST COMPANY, N.A.; DOES 1 THROUGH 20, INCLUSIVE,<br><br>               Defendants. | Case No. 2:11-CV-00406-MCE -JFM<br><br>**ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:   March 22, 2011<br>Time:   10:00 a.m.<br>Ctrm:   7<br>Judge:  Hon. Morrison C. England, Jr. |

The Court having reviewed the Request for Telephonic Appearance at Plaintiff's Application for Temporary Restraining Order and good cause appearing, therefore, hereby orders as follows:

///

///

///

///

///

IT IS HEREBY ORDERED that Defendants may appear telephonically at the Application for Temporary Restraining Order to be heard on March 22, 2011 at 10:00 a.m. in Courtroom 7, before the Honorable Morrison C. England, Jr., of the above-entitled Court, by and through its counsel, Jessica L. Klickna.

DATED: March 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE