**McCARTHY & HOLTHUS, LLP**
James M. Hester, Esq. (SBN: 122133)
Melissa Robbins Coutts, Esq. (SBN: 246723)
Jessica L. Klickna, Esq. (SBN: 267658)
1770 Fourth Avenue
San Diego, CA  92101
Telephone:   (619) 685-4800
Facsimile:    (619) 685-4811
Email:         JKlickna@McCarthyHolthus.com

Attorneys for Defendants,
Bank of America Home Loans; and Recontrust Company, N.A.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY I. ANOLIK,<br><br>                              Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS; RECONTRUST COMPANY, N.A.; DOES 1 THROUGH 20, INCLUSIVE,<br><br>                              Defendants. | Case No. 2:11-CV-00406-MCE -JFM<br><br>**ORDER RE AMENDED REQUEST FOR TELEPHONIC APPEARANCE AT PRELIMINARY INJUNCTION AND MOTION TO DISMISS**<br><br>Date:    April 7, 2011<br>Time:    2:00 p.m.<br>Ctrm:    7<br>Judge:   Hon. Morrison C. England, Jr. |

The Court having reviewed the Request for Telephonic Appearance at Preliminary Injunction and Motion to Dismiss and good cause appearing, therefore, hereby orders as follows:

IT IS HEREBY ORDERED that Defendants may appear telephonically at the Preliminary Injunction and Motion to Dismiss set to be heard on April 7, 2011 at 2:00 p.m. in Courtroom 7, before the Honorable Morrison C. England, Jr., of the above-entitled Court, by and through its counsel, Seth Harris, Esq.

Dated: April 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

CA11-247